IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JESSIE ADAMS,                              )
                                           )
          Plaintiff,                       )
                                           )
     v.                                    )          CV 126-017
                                           )
SERGIO JIMENEZ,                            )
                                           )
          Defendant.                       )
                                    _____

                               **O R D E R**
                                    _____

     After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

     SO ORDERED this __17th__ day of March, 2026, at Augusta, Georgia.


                         _____
                         HONORABLE J. RANDAL HALL
                         UNITED STATES DISTRICT JUDGE
                         SOUTHERN DISTRICT OF GEORGIA