AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JESSIE ADAMS,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 1:26-cv-00017

SERGIO JEHENEZ.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered March 17, 2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. This case is dismissed without prejudice.



3/17/2026

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020