AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JESSIE ADAMS,

            **v.**

SERGIO JIMENEZ.

AMENDED JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:26-cv-00017

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered March 17, 2026, the Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court. This case is dismissed without prejudice.



3/18/2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020